■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v SCOTT A. MONO, Appellant. [602 NYS2d 266] —Judgment unanimously affirmed. Memorandum: Defendant entered a plea of guilty in Jefferson County to a charge of attempted burglary in the third degree in connection with a break-in and theft at a convenience store in that county. He was also prosecuted in Oneida County on charges of aggravated unlicensed operation of a motor vehicle and driving while intoxicated as a felony. It was alleged that defendant burglarized the convenience store in Jefferson County and then drove into Oneida County, where he was involved in an automobile accident, resulting in his arrest on the motor vehicle charges.

The prosecution of the burglary charge in Jefferson County was not barred by the separate prosecution in Oneida County of the motor vehicle charges because the burglary and the motor vehicle offenses were not committed as part of the same criminal transaction (see, CPL 40.10 [2]; 40.40 [1]). We have examined defendant's remaining contentions on appeal, and find them to be without merit. (Appeal from Judgment of Jefferson County Court, Clary, J.—Attempted Burglary, 3rd Degree.) Present—Green, J. P., Balio, Fallon, Doerr and Boehm, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v LARRY A. HEMANS, Appellant. [604 NYS2d 861] —Judgment unanimously affirmed. Memorandum: By entering a plea of guilty, defendant waived his statutory speedy trial rights (People v Friscia, 51 NY2d 845, 847; People v Gee, 168 AD2d 811, lv denied 77 NY2d 877). Moreover, as a specific condition of his plea, defendant waived his right to appeal from County Court's denial of his CPL 30.30 motion (People v Baldwin, 162 AD2d 603, lv denied 76 NY2d 937). We find no support in the record for the contention of defendant that his guilty plea was not knowingly and voluntarily entered because he did not understand the ramifications of his waiver. Finally, we conclude that the bargained-for sentence imposed by County Court was neither harsh nor excessive. (Appeal from Judgment of Cayuga County Court, Contiguglia, J.—Criminal Sale Controlled Substance, 3rd Degree.) Present—Green, J. P., Balio, Fallon, Doerr and Boehm, JJ.